# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | |
| I80 Equipment, LLC | ) | CASE NO. 17-81749 |
| | ) | Chapter 7 |
| Debtor, | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 19-8106 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNSTONE SUPPLY, INC. | ) | |
| | ) | |
| Defendant(s) | ) ) | |

## MOTION TO AMEND

Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC ("Plaintiff"), pursuant to Bankruptcy Rule 7015, hereby moves that she be authorized to file an Amended Complaint in the form attached hereto as Exhibit "1" in order to add, in the alternative, Counts III and IV against KBC, Inc., and in support thereof states as follows:

1. Plaintiff's original Complaint filed herein on December 5, 2019 (Doc. 1) ("Complaint") sought to avoid and/or to recover fraudulent obligations and transfers incurred or made to Defendant "Johnstone Supply, Inc." ("Defendant") which is an Oregon corporation.

2. The Complaint was served upon the registered agent of the Defendant, and also upon Billy Martin, Manager of the Defendant, at 5001 North Brady Street, Davenport, IA 52806-3945 ("Iowa Address") (Court Doc. 4).

3. After the Complaint was filed and served, an attorney for Defendant advised Andrew W. Covey, one of Plaintiff's attorneys, that the entity who conducted operations at the Iowa Address, and presumably to whom the fraudulent obligations and transfers were incurred or made, was KBC, Inc., an Illinois corporation who did business as "Johnstone Supply - Davenport #251", not the Defendant.

4. Plaintiff files this Motion in order to add, in the alternative, Counts III

and IV against KBC, Inc., in order to avoid and/or to recover the identical fraudulent obligations and transfers as are set forth in the Complaint.

    WHEREFORE, Plaintiff prays that she be granted leave to file an Amended Complaint in the form attached hereto as Exhibit "1", and that she be granted such other relief as is just.

> Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC
>
> By: /s/ Andrew W. Covey
> One of her attorneys
> Andrew W. Covey #06183817
> 416 Main Street, Suite 700
> Peoria, IL 61602
> Tel: 309-674-8125
> Email: acovey1@hotmail.com

PROOF OF SERVICE

      The undersigned certifies that on 1/14/20, the foregoing instrument was filed electronically with the Court and that a copy was served upon anyone who has electronically entered their appearance in this case.  In addition, a true and accurate copy of the foregoing instrument was duly served upon the following by enclosing a copy of the same in an envelope addressed as set forth below and by depositing the envelope with postage fully prepaid in a U.S. Post Office Box on 1/14/20:

BH SERVICE CO., INC.
REGISTERED AGENT
JOHNSTONE SUPPLY, INC.
805 SW BROADWAY STE 1900
PORTLAND, OR  97205

KBC, INC.
5001 North Brady Street
Davenport, IA  52806-3945
Attn: Billy Martin, Manager

C T CORPORATION SYSTEM
REGISTERED AGENT FOR KBC, INC.
208 SO LASALLE ST., SUITE 814
CHICAGO, IL  60604

/s/Andrew W. Covey

*ANDREW W. COVEY*
*ATTORNEY FOR TRUSTEE*
*700 COMMERCE BANK BUILDING*
*PEORIA, IL  61602*
*(309) 674-8125*